UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IT IS ORDERED as set forth below:

Date: September 12, 2018



_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DARRELL WAYNE REED, ) | CASE NUMBER: 17-72264-PWB-7 |
| ) | |
| Debtor. ) | |

**CONSENT ORDER**

THIS CAUSE came before this Honorable Court upon the Joint Motion for Extension of Time for Filing an Objection to Discharge (the "Motion") filed by **SYNOVUS BANK, A GEORGIA BANKING CORPORATION, FORMERLY KNOWN AS BANK OF NORTH GEORGIA, A DIVISION OF SYNOVUS BANK, A GEORGIA BANKING CORPORATION** ("Creditor"), **S. GREGORY HAYS,** the Chapter 7 Trustee (the "Trustee") and the Debtor, **DARRELL WAYNE REED** (the "Debtor"), filed on August 24, 2018. This Court, having considered the Motion and being otherwise fully advised of the premises, consent of the Debtor, Creditor and the Trustee, by and through their respective counsel, hereby **FINDS**, **ORDERS** and **ADJUDGES** as follows:

**(1)**  The Motion is hereby **GRANTED**.

**(2)**  The deadline to file an objection to Debtor's discharge pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure shall be extended to September 14, 2018. Such time will allow Creditor, Trustee and any other interested party to gather additional information, including additional bank statements, regarding Debtor's discrepancies in Debtor's income set forth in his schedules and his original and

amended tax returns in order to properly file an objection to Debtor's discharge, if necessary.

Order Prepared and presented by:

/s/ Erin Stark Brown
Erin Stark Brown
Georgia Bar No.: 281020
**BROWN & ASSOCIATES, PLLC**
Attorneys for Synovus Bank
232 19th Street, NW
Suite 7210
Atlanta, Georgia 30363
Telephone: (404) 835-2729
Fax: (678) 894-8496
Email: esb@brownpllc.com

Order consented to by:

DEBTOR'S COUNSEL:

/s/ J. Keith Cornwell
J. Keith Cornwell, Esq.
Georgia Bar No.: 940503
**Cornwell Law Firm, LLC**
Suite 400
2180 Satellite Blvd.
Duluth, GA 30097
(404) 791-4449
Email: cornwelllawfirm@gmail.com


TRUSTEE:

/s/ S. Gregory Hays
S. Gregory Hays
**Hays Financial Consulting, LLC**
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
Email: ghays@haysconsulting.net

*Copies furnished to all parties on the attached Service List by Clerk of Court*

2

# SERVICE LIST

DEBTOR'S COUNSEL:
J. Keith Cornwell
Cornwell Law Firm, LLC
Suite 400
2180 Satellite Blvd
Duluth, Georgia 30097
Email: cornwelllawfirm@gmail.com

DEBTOR:
Darrell Wayne Reed
3391 Annanadale Lane
Suwanee, Georgia 30024

TRUSTEE:
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303